# United States Bankruptcy Court

## Middle District of Georgia

In re:
Mozie M. Gaines Chambliss
aka Mozie Mae Gaines, aka Mozie Mae
Chambliss
57 Woodland Trail
Hawkinsville, GA 31036
Debtor(s)

Case No. 20−10774−AEC

Chapter 13

**NOTICE OF PLAN COMPLETION AND
REQUEST FOR DISCHARGE**

PLEASE TAKE NOTE. The Court has been advised that all payments in the above−referenced case have been paid according to the confirmed plan. The Court has also been advised that the above−debtor is deceased but that all payments were completed prior to the debtor's death or have been completed by way of payments from the decedent's estate. Attached is a Statement of Plan Completion and Request for Discharge. Parties in interest have twenty−one (21) days from the date of this notice to object to the content of this statement. If there are no objections, the statement will be accepted, and the discharge may be entered by the Court without further notice or hearing.

Date: 1/26/24

Kyle George

United States Bankruptcy Court
433 Cherry Street
P.O. Box 1957
Macon, GA 31202

# United States Bankruptcy Court

## Middle District of Georgia

In re:
   Mozie M. Gaines Chambliss
   aka Mozie Mae Gaines, aka Mozie Mae
   Chambliss
   57 Woodland Trail
   Hawkinsville, GA 31036

Debtor(s)

Chapter 13

Case No. 20−10774−AEC

**STATEMENT OF PLAN COMPLETION AND**

**REQUEST FOR A DISCHARGE**

The following statements are hereby asserted as true and correct:

1. All plan payments have been completed, and the above named debtor is entitled to a discharge under 11 U.S.C. §§ 1141,1228, or 1328; and

2. The above debtor has paid (or does not have any liability) for domestic support obligations due on or before the date set forth below, including any pre−petition amounts to the extent provided for by the the plan; and

3. The provisions of 11 U.S.C. § 522(q)(1) are not applicable to the debtor's case, pursuant to 11 U.S.C. §§ 1141(c),1228(f), or 1328(h); and

4. There are no known proceedings pending against the debtor of the kind described in 11 U.S.C. §§ 522(q)(1)(A) or 522(q)(1)(B), pursuant to 11 U.S.C. §§ 1141(c),1228(f), or 1328(h).

   A discharge is to be processed in this case in accordance with 11 U.S.C. §§ 1141,1228, or 1328.

DATE: 1/26/24

ATTORNEY FOR DEBTOR:
Cawthon H. Custer
Custer, Custer and Clark, LLC
P.O. Box 605
Albany, GA 31702